UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| VAN NESS MANAGEMENT, L.L.C. | CIVIL ACTION NO. 16-0610 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| HOUSTON SPECIALTY INSURANCE CO., ET AL. | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the instant suit is hereby **DISMISSED WITH PREJUDICE**. Fed.R.Civ.P. 41(b).

**THUS DONE AND SIGNED** this 27th day of December 2018, Shreveport, Louisiana.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT